## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1-22-cv-00573-DDD-SP

Grant M. Saxena,

    Plaintiff,

v.

Danielle Kay Kunze,

    Defendant(s).

## UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS

**NOW COMES the Plaintiff**, Dr. Grant M. Saxena, Ph.D., appearing as a Pro Se law school graduate, who is also an honorably discharged Veteran Affairs federally rated 100% permanent and total service-disabled Captain Congressionally Nominated and Presidentially Appointed for Life from West Point: The United States Military Academy via their Class of 9/11 during the Global War on Terror.

Dr. Saxena respectfully submits and Unopposed Motion to Restrict Public Access, for the following reasons:

1. Identify the document or the proceeding for which restriction is sought:

    a. Dr. Grant M. Saxena, Ph.D. 's proof of domicile in Florida record.

2. Address the interest to be protected and why such interest outweighs the presumption of public access (stipulations between the parties or stipulated protective orders with regard to discovery, alone, are insufficient to justify restricted access);

    a. The interest to be protected is the Fourth Amendment, The Fourth Amendment of the U.S. Constitution provides that "[t]he right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

    b. The ultimate goal of this provision is to protect people's right to privacy and freedom from unreasonable intrusions by the government, and any persons conspiring with the government to violate civil rights, as is the case with defaulted domestic violence abuser Kunze.

3. Identify a clearly defined and serious injury that would result if access is not restricted;

a. Public Access to a private record could be used by the defaulted domestic violence abusers Mary L. Hall and her conspirator Danielle K. Kunze, along with their co-defendants, to create more malicious records, steal identification information, and ultimately cause serious and irreparable harm beyond what has already been suffered by Dr. Saxena.

b. The Plaintiff is a prior Victim of severe domestic violence attacks ranging on the spectrum of abuse from physical assault felonies to civil infractions of malicious records creation

through false swearing, witness tampering, defamation, and perjury which have all created negative public records for Dr. Saxena, Ph.D.

4. No alternative to restricted access is practicable, only restricted access will adequately protect the interest in question because the court needs to see the date that domicile was established in Florida to satisfy the requirement to qualify federal diversity jurisdiction.

   a. Partial redaction is implemented on the restricted record, because full redaction under public access would make the date of issue unreadable to satisfy the court's inquiry regarding diversity jurisdiction.

5. Level 2 access is limited to the filing party and the court, and is identified as the restriction level sought.

Very Respectfully Requested,

/s/ Dr. Grant M. Saxena, Ph.D.
**Dr. Grant M. Saxena, Ph.D.**

08/08/2023
2222 SE 2nd St.
Cape Coral, FL 33990

## **CERTIFICATE OF ELECTRONIC FILING COMPLIANCE**

Pursuant to **D.C.COLO.LCivR 5.1(a) and 4.1(a),** Plaintiff complies with e-file procedures to the best of his disabled ability by retaining a private process server to serve the documents and file via email through the Pro Se clerk, at COD_ProSe_Filing@cod.uscourts.gov

Further, there is no violation of court rules or procedures for filing through the pro se clerk, due to the supplied information about Dr. Saxena's federally protected Veterans Affairs disability, which strictly prohibits usage of the non-functional CM/ECF computer system.

The clerk has made several clerical errors, by rejecting filings sent to the pro-se email erroneously. By federal law, a Clerk cannot refuse filings due to the format they are received in.

**CERTIFICATE OF CONFERRAL**

I confirm that I am not required to confer with the opposing party regarding this motion, because Kunze is in default for failure to answer, and failure to open default after appearing while defaulted, per local rule D.C.COLO.LCivR 7.1(a).

## CERTIFICATE OF SERVICE

     I, Grant Saxena, hereby certify that I caused a copy, though filing via the pro se Clerk, or CM/ECF and a private process server of the Motion to be placed in a postage-paid envelope addressed to the defendant, at the address stated below, which is the address of said defendant on file with the court where they attempted to open the default and failed to meet the court's requirements.

Addressee:

Danielle Kay Kunze

615 Alter St, #101

Broomfield, CO 80020

/s/ Dr. Grant M. Saxena, Ph.D.

Dr. Grant M. Saxena, Ph.D.

08/08/2023